UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICALDEN INVESTMENTS S.A.
**Plaintiff**

-v-

OLGA ROSTROPOVICH, COOLEY GODWARD KRONISH LLP, RENEE SCHWARTZ, ATOUSA P. MAMDANI and MAHMOUD A. MAMDANI
**Defendants**

Case No. 07 Civ 2395

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MICALDEN INVESTMENTS S.A. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: March 22, 2007

_____
**Signature of Attorney**

**Attorney Bar Code:** MS 4555

Form Rule7_1.pdf