UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

MICALDEN INVESTMENTS S.A.

                Plaintiff,

        - against –

OLGA ROSTROPOVICH, COOLEY GODWARD
KRONISH LLP, RENEE SCHWARTZ, ATOOSA P.
MAMDANI, and MAHMOUD A. MAMDANI,

                Defendants.

------------------------------------------------ x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-27-07
```

Case No. 07 CV 2395 (VM)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff Micalden Investments S.A. ("Micalden") and defendants Cooley Godward Kronish LLP ("CGK") and Renee Schwartz ("Schwartz") that the time for CGK and Schwartz to answer, move or otherwise respond with respect to Micalden's complaint dated March 22, 2007, is extended to and including May 31, 2007.

Dated: New York, New York
       April 23, 2007

                                          KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

                                          By: _____

_____                     David Parker (DP-1075)
   Edward Rubin (ER-8843)                   Marc R. Rosen (MR-9844)
   Michael Schneider (MS-4555)

477 Madison Avenue                          551 Fifth Avenue
New York, New York 10022                New York, New York 10176
(212) 888-7300                                   (212) 986-6000

Attorneys for Plaintiff                           Attorneys for Defendants **COOLEY GODWARD**
**MICALDEN INVESTMENTS S.A.**              **KRONISH LLP and RENEE SCHWARTZ**

                                          SO ORDERED: 27 April 2007

                                          _____
                                          Honorable Victor Marrero, U.S.D.J.

MROSEN\118086.1 - 4/24/07