UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MICALDEN INVESTMENTS S.A.,
                        Plaintiff(s),                  CASE NO. 07 CV 2395

    -against-

OLGA ROSTROPOVICH, **ET AL.**,
                        Defendant(s).             **AFFIDAVIT OF SERVICE**
---------------------------------------------------------X
STATE OF NEW YORK    )
                            s.s :
COUNTY OF NEW YORK  )

      MICHAEL KEATING, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 24th day of March, 2007, at approximately 11:35 a.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Olga Rostropovich at 161 West 61st Street, New York, New York 10023. Upon my request, the Concierge called the apartment of the defendant via the lobby phone. He did not receive an answer to his call.
      That on the 29th day of March, 2007, at approximately 8:25 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Olga Rostropovich at 161 West 61st Street, New York, New York 10023. I asked the Concierge to call the Rostropovich apartment, but he did not. He said that he knew she was out of town.
      That on the 31st day of March, 2007, at approximately 9:00 a.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Olga Rostropovich at 161 West 61st Street, New York, New York 10023. Upon my request, the Concierge called the apartment of the defendant via the lobby phone. He did not receive an answer to his call, at this time. I asked the Concierge if he would allow me access to the building so that I could post the papers on the apartment door of the defendant. He refused to allow me access.
      That on the 31st day of March, 2007, at approximately 9:00 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Olga Rostropovich at 161 West 61st Street, New York, New York 10023 by personally delivering and leaving the same with "John Doe", Concierge, who is a person of suitable age and discretion, at that address, the actual place of residence of the defendant.
      "John Doe" is a white male, approximately 40-45 years of age, is approximately 5 feet, 8 inches tall, but was seated at the time of service, weighs approximately 175 pounds, with short black /gray hair, a goatee and light eyes.

(1)

    That on the 3rd day of April, 2007 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Olga Rostropovich**
**161 West 61st Street**
**New York, New York 10023**

Sworn to before me this
3rd day of April, 2007

MICHAEL KEATING #848345

**JOHN J. WALKER**
**NOTARY PUBLIC, STATE OF NEW YORK**
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010

(2)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICALDEN INVESTMENTS S.A.,
                    Plaintiff(s),              CASE NO. 07 CV 2395

    -against-

OLGA ROSTROPOVICH, **ET AL.**,
                    Defendant(s).            **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------X
STATE OF NEW YORK    )
                        s.s :
COUNTY OF NEW YORK  )

       JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
       That on the 27th day of March, 2007, at approximately 2:55 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Olga Rostropovich at 161 West 61st Street, New York, New York 10023. I asked the Concierge to call the apartment of the defendant. The Concierge informed me that the defendant is not home.
       That on the 27th day of March, 2007, at approximately 4:41 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Olga Rostropovich at 161 West 61st Street, New York, New York 10023. I asked the Concierge to call the apartment of the defendant. He said that she was not home.

Sworn to before me this
3rd day of April, 2007

_____
JASON AGEE #1196790

_____
MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICALDEN INVESTMENTS S.A.,                             CASE NO. 07 CV 2395
                        Plaintiff(s),

    -against-                                          **AFFIDAVIT OF SERVICE**

OLGA ROSTROPOVICH, ET AL.,
                        Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK    )
                        s.s :
COUNTY OF NEW YORK  )

    STEVEN MITCHELL, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
    That on the 29th day of March, 2007, at approximately 12:15 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Cooley Godward Kronish LLP at 1114 Avenue of the Americas, New York, New York 10036 by personally delivering and leaving the same with Nicholas Ficorelli, Managing Clerk, who stated that he is authorized to accept service.
    Nicholas Ficorelli is a white male, approximately 35-45 years of age, is approximately 5 feet and 11 inches tall, weighs approximately 175 pounds, with receding short black hair and a beard and moustache.

Sworn to before me this
29th day of March, 2007                    STEVEN MITCHELL #1164011

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICALDEN INVESTMENTS S.A.,                               CASE NO. 07 CV 2395
                    Plaintiff(s),

    -against-                                            **AFFIDAVIT OF SERVICE**

OLGA ROSTROPOVICH, **ET AL.**,
                    Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK    )
                          s.s :
COUNTY OF NEW YORK   )

      STEVEN MITCHELL, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 29th day of March, 2007, at approximately 12:15 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Renee Schwartz c/o Cooley Godward Kronish LLP at 1114 Avenue of the Americas, New York, New York 10036 by personally delivering and leaving the same with Nicholas Ficorelli, Managing Clerk, who is a person of suitable age and discretion at that address, the actual place of business of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
      Nicholas Ficorelli is a white male, approximately 35-45 years of age, is approximately 5 feet and 11 inches tall, weighs approximately 175 pounds, with receding short black hair and a beard and moustache.
      That on the 29th day of March, 2007 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Renee Schwartz
c/o Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036

Sworn to before me this
29th day of March, 2007

                                                   STEVEN MITCHELL #1164011

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MICALDEN INVESTMENTS S.A.,
                     Plaintiff(s),                  CASE NO. 07 CV 2395

-against-

OLGA ROSTROPOVICH, **ET AL.**,
                     Defendant(s).           **AFFIDAVIT OF SERVICE**
----------------------------------------------------------X
STATE OF NEW YORK    )
                           s.s :
COUNTY OF NEW YORK  )

      MICHAEL KEATING, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 31st day of March, 2007, at approximately 9:16 a.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Mahmoud A. Mamdani at One West 67th Street, Apartment 601, New York, New York 10023. Upon my request, the Concierge called the apartment of the defendant via the lobby phone. He did not receive an answer to his call, at this time. The Concierge informed me that there were undelivered packages and mail for the defendant. (He said the Mamdanis may be out of town.)

      That on the 5th day of April, 2007, at approximately 8:47 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Mahmoud A. Mamdani at One West 67th Street, Apartment 601, New York, New York 10023. Upon my request, the Concierge called the apartment of the defendant via the lobby phone. He did not receive an answer to his call, at this time.

      That on the 21st day of April, 2007, at approximately 8:25 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Mahmoud A. Mamdani at One West 67th Street, Apartment 601, New York, New York 10023. Upon my request, the Concierge called the apartment of the defendant via the lobby phone. He did not receive an answer to his call, at this time. Since I was not allowed access to the building to post the documents on the apartment door of the defendant. I the personally delivered and left the aforementioned papers with "John Doe", Concierge, who is a person of suitable age and discretion at that address, the actual place of residence of the defendant.

      "John Doe" is a white male, approximately 30 years of age, is approximately 5 feet, 8-9 inches tall, but was seated at the time of service, weighs approximately 180 pounds, with short brown hair and light eyes and was wearing glasses.

(1)

That on the 30th day of April, 2007 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Mahmoud A. Mamdani**
**One West 67th Street, Apartment 601**
**New York, New York 10023**

Sworn to before me this
30th day of April, 2007

MICHAEL J. KEATING #848345

JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate Filed in New York County
Commission expires February 17, 2010

(2)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICALDEN INVESTMENTS S.A.,
                Plaintiff(s),          CASE NO. 07 CV 2395

-against-

OLGA ROSTROPOVICH, **ET AL.**,
                Defendant(s).       **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------X
STATE OF NEW YORK   )
                      s.s :
COUNTY OF NEW YORK   )

     MICHAEL KEATING, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
     That on the 31st day of March, 2007, at approximately 9:16 a.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Atoosa P. Mamdani at One West 67th Street, Apartment 601, New York, New York 10023. Upon my request, the Concierge called the apartment of the defendant via the lobby phone. He did not receive an answer to his call, at this time. The Concierge informed me that there were undelivered packages and mail for the defendant. (He said the Mamdanis may be out of town.)
     That on the 5th day of April, 2007, at approximately 8:47 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Atoosa P. Mamdani at One West 67th Street, Apartment 601, New York, New York 10023. Upon my request, the Concierge called the apartment of the defendant via the lobby phone. He did not receive an answer to his call, at this time.
     That on the 21st day of April, 2007, at approximately 8:25 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Atoosa P. Mamdani at One West 67th Street, Apartment 601, New York, New York 10023. Upon my request, the Concierge called the apartment of the defendant via the lobby phone. He did not receive an answer to his call, at this time. Since I was not allowed access to the building to post the documents on the apartment door of the defendant. I the personally delivered and left the aforementioned papers with "John Doe", Concierge, who is a person of suitable age and discretion at that address, the actual place of residence of the defendant.
     "John Doe" is a white male, approximately 30 years of age, is approximately 5 feet, 8-9 inches tall, but was seated at the time of service, weighs approximately 180 pounds, with short brown hair and light eyes and was wearing glasses.

(1)

That on the 30th day of April, 2007 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Atoosa P. Mamdani
One West 67th Street, Apartment 601
New York, New York 10023

Sworn to before me this
30th day of April, 2007

MICHAEL J. KEATING #848345

JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate Filed in New York County
Commission expires February 17, 2010

(2)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICALDEN INVESTMENTS S.A.,
                  Plaintiff(s),                  CASE NO. 07 CV 2395

  -against-

OLGA ROSTROPOVICH, ET AL.,
                  Defendant(s).           **AFFIDAVIT OF**
-----------------------------------------------------------X       **ATTEMPTED SERVICE**
STATE OF NEW YORK    )
                          s.s :
COUNTY OF NEW YORK  )

     STEVEN MITCHELL, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
     That on the 17th day of April, 2007, at approximately 4:35 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Mahmoud A. Mamdani at One West 67th Street, Apartment 601, New York, New York 10023. Upon my request, the Concierge called the apartment of the defendant via the lobby phone. He spoke to someone, (he did not tell me who answered the call) and informed them that I had legal papers for service upon the defendant. The person on the other end of the receiver refused service by either coming to the lobby to accept or by allowing me access to the apartment.

Sworn to before me this
30th day of April, 2007

                                      STEVEN MITCHELL #1164011

MICHAEL L. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICALDEN INVESTMENTS S.A.,
                Plaintiff(s),             CASE NO. 07 CV 2395

   -against-

OLGA ROSTROPOVICH, **ET AL.**,
                Defendant(s).     **AFFIDAVIT OF**
------------------------------------------------------------X   **ATTEMPTED SERVICE**
STATE OF NEW YORK   )
                          s.s :
COUNTY OF NEW YORK  )

     STEVEN MITCHELL, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
     That on the 17th day of April, 2007, at approximately 4:35 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Atoosa P. Mamdani at One West 67th Street, Apartment 601, New York, New York 10023. Upon my request, the Concierge called the apartment of the defendant via the lobby phone. He spoke to someone, (he did not tell me who answered the call) and informed them that I had legal papers for service upon the defendant. The person on the other end of the receiver refused service by either coming to the lobby to accept or by allowing me access to the apartment.

Sworn to before me this
30th day of April, 2007

                                            STEVEN MITCHELL #1164011

MICHAEL J KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010