UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICALDEN INVESTMENTS S.A.

                Plaintiff,

            - against –            Case No. 07 CV 2395 (VM)

OLGA ROSTROPOVICH, COOLEY GODWARD      NOTICE OF APPEARANCE
KRONISH LLP, RENEE SCHWARTZ, ATOOSA P.
MAMDANI, and MAHMOUD A. MAMDANI,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      **PLEASE TAKE NOTICE** that Kleinberg, Kaplan, Wolff & Cohen, P.C., 551 Fifth Avenue, New York, New York 10176, hereby appears in this action as counsel of record for defendants Cooley Godward Kronish LLP and Renee Schwartz, and demands that copies of all pleadings, notices and other papers in this action be served upon the undersigned.

Dated:  New York, New York
         May 22, 2007

                                **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

                                By: _____
                                   David Parker (DP-1075)
                                   Marc R. Rosen (MR-9844)

                                551 Fifth Avenue, 18th Floor
                                New York, New York  10176
                                Telephone: (212) 986-6000
                                Facsimile: (212) 986-8866

                                Attorneys for Defendants
                                **COOLEY GODWARD KRONISH LLP
                                and RENEE SCHWARTZ**

TO: Edward Rubin
Michael Schneider
Attorneys for Plaintiff
 **MICALDEN INVESTMENTS S.A.**
477 Madison Avenue
New York, New York 10022
(212) 888-7300

## CERTIFICATE OF SERVICE

A true and correct copy of the Notice of Appearance dated May 22, 2007, was served upon Edward Rubin and Michael Schneider, Attorneys for Plaintiff **MICALDEN INVESTMENTS S.A.**, 477 Madison Avenue, New York, New York 10022, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the United States Postal Service within the State of New York.

Dated: May 22, 2007

_____
Marc R. Rosen (MR-9844)