UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MICALDEN INVESTMENTS S.A.              :
                                       :
                    Plaintiff,         :
                                       :
        - against –                    :  Case No. 07 CV 2395 (VM)
                                       :
OLGA ROSTROPOVICH, COOLEY GODWARD      :
KRONISH LLP, RENEE SCHWARTZ, ATOOSA P. :
MAMDANI, and MAHMOUD A. MAMDANI,       :
                                       :
                    Defendants.        :
------------------------------------- x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law dated May 31, 2007, and the Transmittal Affidavit of David Parker sworn to on May 31, 2007, and the annexed exhibits, defendants Cooley Godward Kronish LLP and Renee Schwartz will move this Court before the Honorable Victor Marrero, in Courtroom 20B of the United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint filed by plaintiff Micalden Investments S.A. ("Micalden"), including each and every cause of action therein, together with such other and further relief as the Court deems just and proper.

Pursuant to Rule II(D) of the Individual Practices of the Honorable Victor Marrero and Local Civil Rule 6.1, any answering affidavits and memoranda by Micalden shall be served upon the undersigned within ten business days after service of this motion to dismiss.

Dated:   New York, New York
         May 31, 2007

                                              KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

                                              By: _____
                                                   David Parker (DP-1075)
                                                   Marc R. Rosen (MR-9844)

                                              551 Fifth Avenue, 18th Floor
                                              New York, New York 10176
                                              Telephone: (212) 986-6000
                                              Facsimile: (212) 986-8866

                                              Attorneys for Defendants
                                              **COOLEY GODWARD KRONISH LLP
                                              and RENEE SCHWARTZ**

TO:   Edward Rubin
      Micahel Schneider
      Attorneys for Plaintiff **MICALDEN INVESTMENTS S.A**
      477 Madison Avenue
      New York, New York 10022
      (212) 888-7300

      Arthur Jakoby
      Herrick, Feinstein LLP
      Attorneys for Defendants **ATOOSA P. MAMDANI
      and MAHMOUD A. MAMDANI**
      Two Park Avenue
      New York, New York 10016
      (212) 592-1400

2

George F. Aney
Attorney for Defendant **OLGA ROSTROPOVICH**
401 Prospect Street
Herkimer, New York 13350
(315) 866-6000