## CERTIFICATE OF SERVICE

True and correct copies of the Notice of Motion dated May 31, 2007, the Memorandum of Law in Support of Motion by Defendants Cooley Godward Kronish LLP and Renee Schwartz To Dismiss the Complaint dated May 31, 2007, the Transmittal Affidavit of David Parker in Support of Motion by Defendants Cooley Godward Kronish LLP and Renee Schwartz To Dismiss the Complaint sworn to on May 31, 2007, and the annexed exhibits thereto, were served upon Edward Rubin and Michael Schneider, Attorneys for Plaintiff **MICALDEN INVESTMENTS S.A.**, 477 Madison Avenue, New York, New York 10022, and Arthur Jakoby, Herrick, Feinstein LLP, Attorneys for Defendants **ATOOSA P. MAMDANI and MAHMOUD A. MAMDANI**, Two Park Avenue, New York, New York 10016, by personal delivery; and upon George F. Aney, Attorney for Defendant **OLGA ROSTROPOVICH,** 401 Prospect Street, Herkimer, New York 13350, by overnight mail delivery.

Dated:   New York, New York
         May 31, 2007

_____
Marc R. Rosen (MR-9844)