UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MICALDEN INVESTMENTS S.A.

         Plaintiff

       v.

OLGA ROSTROPOVICH, COOLEY GODWARD
KRONISH LLP, RENEE SCHWARTZ, ATOOSA
P. MAMDANI and MAHMOUD A. MAMDANI

         Defendants
-----------------------------------------------------------x

07 Civ. 2395

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-15-07

IT IS HEREBY STIPULATED AND AGREED THAT the time of plaintiff Micalden Investments S.A. to submit papers in opposition to the motion of defendants Cooley Godward Kronish LLP and Renee Schwartz to dismiss plaintiff's complaint in this action is extended until July 16, 2007.

IT IS FURTHER STIPULATED AND AGREED THAT the time of defendants Cooley Godward Kronish LLP and Renee Schwartz to submit reply papers is extended until August 13, 2007.

Dated: June 12, 2007

_____
EDWARD RUBIN
MICHAEL SCHNEIDER
477 Madison Avenue – 21st Fl.
New York, New York 10022
(212) 888-7300

Attorneys for Plaintiff
Micalden Investments, S.A.

_____ (MR-9874)
KLEINBERG, KAPLAN, WOLFF
& COHEN, P.C.
551 Fifth Avenue – 18th Fl.
New York, New York 10176
(212) 986-6000

Attorneys for Defendants, Cooley Godward
Kronish, LLP and Renee Schwartz

SO ORDERED:

6-15-07
DATE        VICTOR MARRERO, U.S.D.J.