ARTHUR G. JAKOBY (AJ7999)
HERRICK, FEINSTEIN LLP
Attorneys for Plaintiff
2 Park Avenue
New York, NY 10016
212.592.1400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
MICALDEN INVESTMENTS S.A.          :   Case No 07 Civ. 2395
                                   :
            Plaintiff,             :   **NOTICE OF APPEARANCE**
                                   :
     vs.                           :
                                   :
OLGA ROSTROPOVICH, COOLEY GODWARD  :
KRONISH LLP, RENEE SCHWARTZ, ATOOSA:
P. MAMDANI and MAHMOUD A. MAMDANI, :
                                   :
            Defendants.            :
-----------------------------------------x

PLEASE TAKE NOTICE that Herrick, Feinstein LLP hereby appears as counsel for Defendants ATOOSA P. MAMDANI and MAHMOUD A. MAMDANI ("Mamdani Defendants"), in the above-captioned action, and demands that all notices and other correspondence given or required to be given to Mamdani Defendants in this case, be served upon the undersigned attorneys on Mamdani Defendants' behalf, at the address set forth below.

Dated: May 25, 2007

                                        HERRICK, FEINSTEIN LLP

                                        By _____
                                           ARTHUR G. JAKOBY (AJ 7999)
                                           2 Park Avenue
                                           New York, NY 10016
                                           Phone: 212.592.1400

TO:  Michael Schneider (MS-4555)
     477 Madison Avenue
     New York, New York 10022
     (212) 888-2100

HF 3649424v.2 #01117/0000 05/25/2007