ARTHUR G. JAKOBY (AJ 7999 )
HERRICK, FEINSTEIN LLP
Attorneys for Plaintiff
2 Park Avenue
New York, NY  10016
212.592.1400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
MICALDEN INVESTMENTS S.A.,                  :   Case No 07 Civ. 2395 (VM)
                                            :
                    Plaintiff,              :   **NOTICE OF MOTION TO DISMISS**
                                            :   **THE COMPLAINT PURSUANT TO**
            vs.                             :   **FED. R. CIV. P. 12(b)(6)**
                                            :
OLGA ROSTROPOVICH, COOLEY GODWARD           :
KRONISH LLP, RENEE SCHWARTZ, ATOOSA         :
P. MAMDANI and MAHMOUD A. MAMDANI,          :
                                            :
                    Defendants.             :
---------------------------------x

**PLEASE TAKE NOTICE** that defendants Atoosa P. Mamdani and Mahmoud A. Mamdani (collectively the "Mamdanis"), by and through their undersigned counsel, Herrick, Feinstein LLP, hereby move this Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing the Complaint filed by plaintiff Micalden Investments S.A. ("Micalden"), as against the Mamdanis, including each and every cause of action therein, together with such other relief as the Court deems just and proper.

In support of their motion, the Mamdanis rely upon the motion of defendants Cooley Godward Kronish LLP and Renee Schwartz, dated May 31, 2007, Memorandum of Law of defendants Cooley Godward Kronish LLP and Renee Schwartz in Support of its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), dated May 31, 2007, the transmittal affidavit of David Parker and the annexed exhibits, dated May 31, 2007, and the Mamdanis request that this

HF 3697675v.1 #01117/0079 06/28/2007

motion be heard on the same schedule as the motion of defendants Cooley Godward Kronish LLP and Renee Schwartz.

Dated: June 28, , 2007

                                              HERRICK, FEINSTEIN LLP

                                              By _____
                                                  ARTHUR G. JAKOBY (AJ 7999)
                                                  2 Park Avenue
                                                  New York, NY  10016
                                                  Phone: 212.592.1400
                                                  Attorneys for Atoosa P. Mamdani and
                                                  Mahmoud A. Mamdani