08/05/2007 19:33 FAX  212 888 7308        477 MADISON AVENUE                    ☒001/001

MARRERO

ARTHUR G. JAKOBY (AJ7999)
HERRICK, FEINSTEIN LLP
Attorneys for Plaintiff
2 Park Avenue
New York, NY 10016
212.592.1400

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MICALDEN INVESTMENTS S.A.,

              Plaintiff,

         vs.

OLGA ROSTROPOVICH, COOLEY GODWARD
KRONISH LLP, RENEE SCHWARTZ, ATOOSA
P. MAMDANI and MAHMOUD A. MAMDANI,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No 07 Civ. 2395 (VM)

STIPULATION EXTENDING TIME

      IT IS HEREBY STIPULATED AND AGREED THAT the time of defendant ATOOSA P. MAMDANI and MAHMOUD A. MAMDANI to move, answer or otherwise respond with respect to the Complaint filed by MICALDEN INVESTMENTS S.A. in the above-captioned action is extended until June 30, 2007.

      IT IS FURTHER STIPULATED AND AGREED THAT this stipulation may be executed in counterparts. A facsimile or photocopy of this stipulation and the signatures hereto

Dated: May 25, 2007

MICHAEL SCHNEIDER

_____
MICHAEL SCHNEIDER (MS-4555)
477 Madison Avenue
New York, New York 10022
(212) 888-2100

HERRICK, FEINSTEIN LLP

By _____
ARTHUR G. JAKOBY (AJ 7999)
2 Park Avenue
New York, NY 10016
Phone: 212.592.1400

SO ORDERED:
29 June 2007

_____
U.S.D.J.
Victor Marrero

HF 3649465v.1 #01117/0000 05/25/2007

PAGE 1/1 * RCVD AT 6/5/2007 8:27:30 PM [Eastern Daylight Time] * SVR:NYFX01/2 * DNIS:3424 * CSID:212 888 7308 * DURATION (mm-ss):01-04