```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MICALDEN INVESTMENTS S.A.

        Plaintiff

    v.

OLGA ROSTROPOVICH, COOLEY GODWARD
KRONISH LLP, RENEE SCHWARTZ, ATOOSA
P. MAMDANI and MAHMOUD A. MAMDANI

        Defendants.

-----------------------------------------------------------x

07 Civ. 2395

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED that, at the request of plaintiff Micalden Investments S.A. ("Plaintiff"), the time of Plaintiff to serve and file papers in opposition to the motion of defendants Cooley Godward Kronish LLP and Renee Schwartz (the "Cooley Defendants") to dismiss Plaintiff's complaint in this action, and in opposition to the motion of defendants Atoosa P. Mamdani and Mahmoud A. Mamdani to dismiss Plaintiff's complaint in this action (the "Mamdani Defendants"), is extended until July 31, 2007.

*[The remainder of this page intentionally left blank]*

IT IS FURTHER STIPULATED AND AGREED that the time of the Cooley Defendants and the Mamdani Defendants to serve and file reply papers is extended until August 28, 2007.

Dated: July 13, 2007

*/s/ Edward Rubin*
EDWARD RUBIN
MICHAEL SCHNEIDER
477 Madison Avenue – 21st Floor
New York, New York 10022
(212) 888-7300

Attorneys for Plaintiff
**Micalden Investments, S.A.**

*/s/ Marc Rosen*
Marc R. Rosen
KLEINBERG, KAPLAN, WOLFF
& COHEN, P.C.
551 Fifth Avenue – 18th Floor
New York, New York 10176
(212) 986-6000
Attorneys for Defendants **Cooley Godward Kronish, LLP and Renee Schwartz**

*/s/ Arthur G. Jakoby*
Arthur G. Jakoby
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400

Attorneys for Defendants **Atoosa P. Mamdani and Mahmoud A. Mamdani**

Enter: 16 July 2007

*/s/*
Hon. Victor Marrero, U.S.D.J.