```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-20-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MICALDEN INVESTMENTS S.A.

        Plaintiff

    v.

OLGA ROSTROPOVICH, COOLEY GODWARD
KRONISH LLP, RENEE SCHWARTZ, ATOOSA
P. MAMDANI and MAHMOUD A. MAMDANI

        Defendants.

------------------------------------------------------------x

07 Civ. 2395

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by counsel for the undersigned, that defendants Cooley Godward Kronish LLP and Renee Schwartz and defendants Atoosa P. Mamdani and Mahmoud A. Mamdani shall serve and file their respective reply papers, in connection with their motions to dismiss the complaint, by October 17, 2007;

[*The remainder of this page intentionally left blank*]

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed by facsimile and in counterparts.

Dated: August 8, 2007

*[signature]*
EDWARD RUBIN
MICHAEL SCHNEIDER
477 Madison Avenue – 21st Floor
New York, New York 10022
(212) 888-7300

Attorneys for Plaintiff
**Micalden Investments, S.A.**

*[signature]*
Marc R. Rosen
KLEINBERG, KAPLAN, WOLFF
& COHEN, P.C.
551 Fifth Avenue – 18th Floor
New York, New York 10176
(212) 986-6000

Attorneys for Defendants
**Cooley Godward Kronish, LLP
and Renee Schwartz**

*[signature]*
Arthur G. Jakoby
Avery Mehlman
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400

Attorneys for Defendants **Atoosa P. Mamdani and Mahmoud A. Mamdani**

Enter: 20 August 2007

*[signature]*
Hon. Victor Marrero, U.S.D.J.

2