GILBERT M. GOLDMAN
Counselor at Law
515 Madison Avenue, 30th Floor
New York, New York 10022
212-980-6777
Fax: 212-644-4818

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-07

By Fax to 212-805-6382
Honorable Victor Marrero
United States Courthouse
600 Pearl Street, Suite 600
New York, NY 10007

August 27, 2007

Re: Micalden Investments v. Rostropovich, et al
Case No. 07 CV 2395 (vm)

Dear Judge Marrero:

This office was just retained by defendant Olga Rostropovich. We are busy getting up to speed on the case to defend her.

Reviewing the docket sheet, we see that all other co-defendants have a pending motion to dismiss, that there have been two extensions of time for plaintiff to oppose, and that the deadline for plaintiff's opposition is on September 7, 2007.

While we are brand new to this case, we want to avoid delaying the motion schedule which is now in effect, if possible.

We expect that Ms. Rostropovich will join her co-defendants in their already-made motion, relying upon the arguments already made by Cooley Godward and Schwartz.

Along with joining in the already-pending motion to dismiss, we are still reviewing the complaint, facts and law to determine whether Ms. Rostropovich has any additional grounds upon which she might move to dismiss.

In order to keep the Court's schedule on track, preserve its resources, but still allow us, Ms. Rostropovich's new counsel, a fair opportunity to defend her, we respectfully request that the Court permit us to reserve a right to move to dismiss on other grounds by separate motion following determination of the pending motion, in the event that it is necessary.

Thank you for your courtesy and consideration in this matter.

Respectfully submitted,

Law Office of Gilbert M. Goldman

Allan R. Pearlman (AP 8863)

cc (by fax):
Arthur Glenn Jakoby
Edward Rubin
Michael S. Schneider
David Parker
Marc R. Rosen

Request GRANTED. Defendant Olga Rostropovich is deemed to have moved to dismiss the complaint on the basis stated in the motions of co-defendants herein. If it becomes necessary, defendant Rostropovich may request leave to file additional arguments.

SO ORDERED.

8-24-07
DATE    VICTOR MARRERO, U.S.D.J.