UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICALDEN INVESTMENTS S.A.,

                    Plaintiff,                    Case No. 07 CV 2395 (VM)

      - against -                     NOTICE OF APPEARANCE

OLGA ROSTROPOVICH, COOLEY GODWARD
KRONISH LLP, RENEE SCHWARTZ, ATOOSA
P. MAMDANI and MAHMOUD A. MAMDANI,

                    Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE that the Law Office of Gilbert M. Goldman, 515 Madison Avenue, 30th Floor, New York, NY 10022, hereby appears in this action as counsel of record for defendant Olga Rostropovich, and demands that copies of all pleadings, notices and other papers in this action be served upon the undersigned.

Dated:  New York, NY
         August 30, 2007

                                                          Law Office of Gilbert M. Goldman

                                                           By:_____/s/_____
                                                              Gilbert M. Goldman (GG-8460)
                                             515 Madison Avenue, 30th Floor
                                             New York, NY 10022
                                             Tel. 212-980-6777
                                             Fax 212-644-4818

To:    David Parker
        Marc R. Rosen
        Arthur G. Jakoby
        Edward Rubin
        Michael S. Schneider