UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICALDEN INVESTMENTS S.A.,

                      Plaintiff,                      Case No. 07 CV 2395 (VM)

      - against -                             REPLY AFFIRMATION

OLGA ROSTROPOVICH, COOLEY GODWARD
KRONISH LLP, RENEE SCHWARTZ, ATOOSA
P. MAMDANI and MAHMOUD A. MAMDANI,

                      Defendants.
----------------------------------------------------------------X

      Gilbert M. Goldman, an attorney duly admitted to practice law before this Court, affirms:

      1.      I am counsel to defendant, Olga Rostropovich, and am fully familiar with the facts and circumstances surrounding this matter.

      2.      As Ms. Rostropovich's Reply to Plaintiff's Opposition to the pending motion pursuant to Fed. R. Civ. P. 12(b)(b) to dismiss Plaintiff's action and for other relief, Ms. Rostropovich adopts and joins in the Reply arguments submitted by her co-defendants, Cooley Godward Kronish LLP and Renee Schwartz.

                                          Pursuant to 28 U.S.C.A. § 1746, I state under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2007

                                          By:_____/s/_____
                                              Gilbert M. Goldman (GG-8460)
                                          515 Madison Avenue, 30th Floor
                                          New York, NY 10022
                                          Tel. 212-980-6777