AVERY S. MEHLMAN
HERRICK, FEINSTEIN LLP
Attorneys for Plaintiff
2 Park Avenue
New York, NY 10016
212.592.1400
amehlman@herrick.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
MICALDEN INVESTMENTS S.A.,       :   Case No 07 Civ. 2395 (VM)
                                 :
                    Plaintiff,   :   STIPULATION EXTENDING TIME
                                 :
        vs.                      :
                                 :
OLGA ROSTROPOVICH, COOLEY GODWARD:
KRONISH LLP, RENEE SCHWARTZ, ATOOSA:
P. MAMDANI and MAHMOUD A. MAMDANI,:
                                 :
                    Defendants.  :
                                 :
---------------------------------x

IT IS HEREBY STIPULATED AND AGREED THAT the time of defendants OLGA ROSTROPOVICH, COOLEY GODWARD KRONISH LLP, RENEE SCHWARTZ, ATOOSA P. MAMDANI and MAHMOUD A. MAMDANI to answer or otherwise respond with respect to the Second Amended Complaint filed by MICALDEN INVESTMENTS S.A. dated September 11, 2007 in the above-captioned action is extended until April 10, 2008.

IT IS FURTHER STIPULATED AND AGREED THAT this stipulation may be executed in counterparts and filed by facsimile signature thereon.

HF 4000800v.1 #01117/0079

Dated: March 4, 2008

| | |
|---|---|
| MICHAEL SCHNEIDER<br><br>By _/s/ Michael Schneider_<br>Michael Schneider<br>477 Madison Avenue<br>New York, New York 10022<br>212.888.2100<br>Attorney for Micalden Investments S.A. | HERRICK, FEINSTEIN LLP<br><br>By _/s/_<br>Avery S. Mehlman<br>2 Park Avenue<br>New York, NY 10016<br>Phone: 212.592.1400<br>Attorneys for Defendants Atoosa P. Mamdani and Mahmoud A. Mamdani |
| KLEINBERG, KAPLAN, WOLFF & COHEN P.C.<br><br>By _/s/ Marc Rosen_<br>Marc Rosen<br>551 5th Avenue<br>New York, NY 10176<br>212.986.6000<br>Attorneys for Cooley Godward Kronish LLP and Renee Schwartz | GILBERT GOLDMAN<br><br>By _/s/ Gilbert Goldman_<br>Gilbert Goldman<br>515 Madison Avenue<br>New York, NY 10022<br>212.980.6777<br>Attorneys for Olga Rostropovich |

SO ORDERED:

3-11-08
DATE        VICTOR MARRERO, U.S.D.J.

2