# MEMO ENDORSED

## GILBERT M. GOLDMAN

COUNSELLOR AT LAW

515 MADISON AVENUE

30TH FLOOR

NEW YORK, NEW YORK 10022

(212) 980-6777

FAX: (212) 644-4818

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

April 3, 2008

BY FAX: 212-805-6382

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: Civil Action No.: 07 Civ. 2395 (VM)
<u>Micalden Investments S.A. v. Olga
Rostropovich, Cooley Godward Kronish LLP,
Renee Schwartz, Atoosa P. Mamdani and Mahmoud
A. Mamdani</u>

Dear Judge Marrero:

      I represent Olga Rostropovich, one of the defendants in the above-referenced action. I respectfully request a pre-motion conference to consider my request for leave of the Court to be relieved as counsel for Ms. Rostropovich and that the New York firm of Kayser & Redfern, LLP be substituted in my place as attorneys of record for Ms. Rostropovich.

      At the time I was initially retained by Ms. Rostropovich, I joined in the motion of counsel for defendants Atoosa P. Mamdani and Mahmoud A. Mamdani, Cooley Godward Kronish LLP and Renee Schwartz seeking to dismiss the complaint which motion was denied by Decision and Order dated February 25, 2008. Upon receipt of the Court's decision and because I am a sole practioner, I discussed with Ms. Rostropovich and her legal and financial advisors the need to retain a firm with more resources than mine to conduct the defense of this matter. My friends and colleagues in the New York firm of Kayser & Redfern, LLP have agreed to represent Ms. Rostropovich in the defense of the above action and are currently of counsel to my firm in this matter. Ms. Rostropovich has requested that Kayser & Redfern, LLP be

Hon. Victor Marrero
United States District Court
Southern District of New York
April 3, 2008
Page 2 ...

substituted as attorneys of record in my place and stead. Ms. Rostropovich recently entered into a retainer agreement with Kayser & Redfern, LLP that was executed in contemplation of the Court's granting my request for leave to withdraw and I respectfully request a pre-motion conference to consider my request to withdraw and that Kayser & Redfern, LLP be substituted in my place and stead as attorney of record for Ms. Rostropovich.

Very truly yours,

Gilbert M. Goldman

GG:dm

cc: EDWARD RUBIN, ESQ.
    MICHAEL SCHNEIDER, ESQ.
    Attorneys for Plaintiff
    **Micalden Investments, S.A.**
    Fax: 212-888-7306

    MARC ROSEN, ESQ.
    KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
    Attorneys for Defendants
    **Cooley Godward Kronish LLP and
        Renee Schwartz**
    Fax: 212-986-8866

    AVERY S. MEHLMAN, ESQ.
    HERRICK FEINSTEIN LLP
    Attorneys for Defendants
    **Mamdani and Mahmoud A. Mamdani**
    Fax: 212-592-1500

> Request GRANTED. Attorney Gilbert M. Goldman is authorized to withdraw as counsel for defendant Olga Rostropovich herein, and to be substituted by Kayser & Redfern, effective upon the filing of a Notice of Appearance by new counsel. No conference or further motion shall be needed for this purpose.
>
> SO ORDERED:
> 4-3-08
> DATE    VICTOR MARRERO, U.S.D.J.