AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MICALDEN INVESTMENTS S.A.
        Plaintiff,

-against-

OLGA ROSTROPOVICH, COOLEY GODWARD
KRONISH, LLP, RENEE SCHWARTZ,
ATOOSA P. MAMDANI and
MAHMOUD A. MAMDANI,

        Defendants.

**APPEARANCE**

Case Number: 07 Civ. 2395 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, OLGA ROSTROPOVICH.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/4/2008 | KAYSER & REDFERN, LLP |
| Date | Signature |
| | Leo Kayser, III     LK 3550 |
| | Print Name     Bar Number |
| | 515 Madison Avenue |
| | Address |
| | New York     NY     10022 |
| | City     State     Zip Code |
| | (212) 935-5057     (212) 935-6424 |
| | Phone Number     Fax Number |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                  .ss.:
COUNTY OF NEW YORK)

      CHRISTOPHER RODRIGUEZ, being duly sworn says:

    I am not a party to the within action, am over 18 years of age, with an address at 120 South 1st Street, Brooklyn, New York.

    On April 4, 2008, I served a true copy of the APPEARANCE by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Gilbert M. Goldman, Esq.
515 Madison Avenue, 30th Fl.
New York, NY 10022
Tel: 212-980-6777
Outgoing Attorney for Defendant, OLGA ROSTROPOVICH

Michael Schneider, Esq.
Edward Rubin, Esq..
477 Madison Avenue
New York, NY 10022
Tel: 212-888-2100
Attorney for Plaintiff, MICALDEN INVESTMENTS, S.A.

Marc Rosen, Esq.
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue
New York, NY 10176
Tel: 212-986-6000
Attorneys for Defendants, COOLEY GODWARD KRONISH LLP and
    RENEE SCHWARTZ

Avery S. Mehlman, Esq.
Herrick, Feinstein, LLP
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Attorneys for Defendants, ATOOSA P. MAMDANI and
    MAHMOUD A. MAMDANI

_____
Christopher Rodriguez

Sworn to before me this
___ day of April, 2008

_____
Notary Public

DEBORAH MOORE
Notary Public, State of New York
No. 01MO4818549
Qualified in New York County
Commission Expires October 31, 2010