```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICALDEN INVESTMENTS S.A.

      Plaintiff,

  - against –

OLGA ROSTROPOVICH, COOLEY GODWARD
KRONISH LLP, RENEE SCHWARTZ, ATOOSA P.
MAMDANI, and MAHMOUD A. MAMDANI,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 07 CV 2395 (VM)

**STIPULATION**

  IT IS HEREBY STIPULATED AND AGREED, by counsel for the undersigned, that the time for defendants Cooley Godward Kronish LLP and Renee Schwartz to serve and file their reply to the cross-claim filed by defendants Atoosa P. Mamdani and Mahmoud A. Mamdani, presently due by April 28, 2008, is extended through May 16, 2008; and that this stipulation may be executed by facsimile and in counterparts.

Dated: April 16, 2008

_____
Avery Mehlman
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016

Attorneys for Defendants **Atoosa P. Mamdani and Mahmoud A. Mamdani**

_____
Marc R. Rosen
KLEINBERG, KAPLAN, WOLFF
& COHEN, P.C.
551 Fifth Avenue – 18th Floor
New York, New York 10176

Attorneys for Defendants
**Cooley Godward Kronish, LLP
and Renee Schwartz**

Enter:

_____
Hon. Victor Marrero, U.S.D.J.

SO ORDERED:

4-18-08
_____
DATE  VICTOR MARRERO, U.S.D.J.