UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICALDEN INVESTMENTS, S.A.              Plaintiff,

-v-

OLGA ROSTROPOVICH, COOLEY GODWARD KRONISH LLP, RENEE SCHWARTZ, ATOOSA P. MAMDANI and    Defendant.

Case No. 07 Civ. 2395 (VM)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

OLGA ROSTROPOVICH (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: April 30, 2008

Signature of Attorney

Attorney Bar Code: LK 3550

rm Rule7_1.pdf  SDNY Web 10/2007