UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
MICALDEN INVESTMENTS S.A.  Civ. Action No.
                            07 Civ. 2395 (VM)
           Plaintiff,

    -against-  **STIPULATION**

OLGA ROSTROPOVICH, COOLEY GODWARD
KRONISH LLP, RENEE SCHWARTZ, ATOOSA
P. MAMDANI and MAHMOUD A. MAMDANI,

           Defendants.
------------------------------X

IT IS HEREBY STIPULATED AND AGREED by counsel for the undersigned, that the time for defendants Cooley Godward Kronish, LLP and Renee Schwartz to serve and file their replies to the cross-claims filed by defendant Olga Rostropovich and defendants Atoosa P. Mamdani and Mahmoud A. Mamdani, both presently due by May 23, 2008, is extended through June 23, 2008; and the time for defendant Olga Rostropovich to serve and file her answer to the cross-claim filed by defendants Atoosa P. Mamdani and Mahmoud A. Mamdani due by May 23, 2008, is extended through June 23, 2008, and that this stipulation may be executed by facsimile and in counterparts.

Dated: New York, New York
      May 23, 2008

_____  
Avery Mehlman  
Herrick, Feinstein LLP  
2 Park Avenue  
New York, New York 10016  
(212) 592-1400  

Attorneys for Defendants ATOOSA P.
MAMDANI AND MAHMOUD A. MAMDANI

_____  
Marc R. Rosen  
KLEINBERG, KAPLAN, WOLFF
& COHEN, P.C.  
551 Fifth Avenue, 18th Floor  
New York, NY 10176  
(212) 986-6000  

Attorneys for Defendants
COOLEY GODWARD KRONISH, LLP
and RENEE SCHWARTZ

_____
Leo Kayser, III (LK 8850)
Declan P. Redfern (DPR 9292)
515 Madison Avenue, 30th Fl.
New York, NY 10022
(212) 935-5057

Attorneys for Defendant
OLGA ROSTROPOVICH

ENTER: 23 May 2008

_____
HON. VICTOR MARRERO   U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-05
```

2