```
                                              ┌─────────────────────────────┐
                                              │ USDS SDNY                   │
                                              │ DOCUMENT                    │
                                              │ ELECTRONICALLY FILED        │
                                              │ DOC #: _____       │
UNITED STATES DISTRICT COURT                  │ DATE FILED: 6-20-08         │
SOUTHERN DISTRICT OF NEW YORK                 └─────────────────────────────┘
```

------------------------------------x

MICALDEN INVESTMENTS S.A.

                Plaintiff,        Case No. 07 CV 2395 (VM)

        - against –         **STIPULATION**

OLGA ROSTROPOVICH, COOLEY GODWARD
KRONISH LLP, RENEE SCHWARTZ, ATOOSA P.
MAMDANI, and MAHMOUD A. MAMDANI,

                Defendants.

------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by counsel for the undersigned, that (i) the time for defendants Cooley Godward Kronish LLP and Renee Schwartz to serve and file their replies to the cross-claims filed by defendant Olga Rostropovich and defendants Atoosa P. Mamdani and Mahmoud A. Mamdani, both presently due by June 23, 2008, is extended through July 23, 2008; (ii) the time for defendant Olga Rostropovich to serve and file her reply to the cross-claim filed by defendants Atoosa P. Mamdani and Mahmoud A. Mamdani, presently due by June 23, 2008, is extended through July 23, 2008; and (iii) this stipulation may be executed by facsimile and in counterparts.

Dated: June 19, 2008

_____        _____
Avery Mehlman                            Marc R. Rosen
HERRICK FEINSTEIN LLP             KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
2 Park Avenue                            551 Fifth Avenue – 18th Floor
New York, New York 10016          New York, New York 10176
(212) 592-1400                           (212) 986-6000

Attorneys for Defendants           Attorneys for Defendants
**ATOOSA P. MAMDANI**             **COOLEY GODWARD KRONISH, LLP**
**and MAHMOUD A. MAMDANI**       **and RENEE SCHWARTZ**

*[signature]*

Leo Kayser III
Declan P. Redfern
**KAYSER & REDFERN LLP**
515 Madison Avenue, 30th Floor
New York, New York 10022
(212) 935-5057

Attorneys for Defendant
**OLGA ROSTROPOVICH**

Enter: 20 June 2008

*[signature]*

Hon. Victor Marrero, U.S.D.J.

2