# KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

ATTORNEYS AT LAW

551 FIFTH AVENUE

NEW YORK, NEW YORK 10176

(212) 986-6000
FACSIMILE: (212) 986-8866
www.kkwc.com

FREDRIC A. KLEINBERG
MYRON KAPLAN
NORRIS D. WOLFF
JAMES R. COHEN
STEPHEN M. SCHULTZ
DAVID PARKER
JEFFREY S. BORTNICK
MARTIN D. SKLAR
JAMES R. LEDLEY[△]
PHILIP S. GROSS[+]
CHRISTOPHER P. DAVIS
LAWRENCE D. HUI
ANDREW M. CHONOLES
ERIC S. WAGNER
ROSS L. YUSTEIN[+]
SHARON M. TOMAO
ROBERT S. SCHNEIDER
MAX KARPEL

MAURICE S. SPANBOCK
BRUCE D. STEINER[+◊]
ROBERT L. BERMAN[△]
MATTHEW J. GOLD
JODI F. KRIEGER[+]
OF COUNSEL

JAMES I. RAPP
MARC R. ROSEN[+△]
GEORGETTE MILLER[*]
JASON P. GRUNFELD
JAMIE L. NASH
IVANA VUJIC
MONIKA JAIN
KELLY E. ZELEZEN
DAVID Y. PARK
SOFIA S. TSYTSAREV
DANIELLE A. ROTHMAN
CHRIS M. TERRY[○]
JASON DIENER[+]

[+] ALSO ADMITTED IN NJ
[◊] ALSO ADMITTED IN FL
[△] ALSO ADMITTED IN DC
[*] ADMITTED ONLY IN NJ & PA
[○] ADMITTED ONLY IN HI

WRITER'S E-MAIL ADDRESS:
MRosen@KKWC.com

July 21, 2008

VIA FACSIMILE (212-805-6382)

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-08
```

re: **Micalden Investments S.A. v. Olga Rostropovich, et al.**
    **Case No. 07 CV 2395 (VM)**

Dear Judge Marrero:

This firm represents defendants Cooley Godward Kronish LLP and Renee Schwartz (together, the "CGK Defendants"). I respectfully request that the time for the CGK Defendants to reply to the cross-claims filed by defendant Olga Rostropovich, and by defendants Atoosa P. Mamdani and Mahmoud A. Mamdani (the "Mamdani Defendants"), be extended through August 29, 2008. The replies to both cross-claims are presently due on July 23, 2008.

The CGK Defendants request this extension because counsel for Ms. Rostropovich have confirmed in motion papers just filed in state court that they intend to file a motion for a stay of this federal action based upon the federal absention doctrine in light of prior, ongoing and related state court proceedings. If granted, Ms. Rostropovich's motion may moot this federal action. I am advised that counsel for Ms. Rostropovich intend to submit a request to the Court for a pre-motion conference very shortly.

With respect to the cross-claim of Ms. Rostropovich, the CGK Defendants previously have sought this relief from the Court on two occasions, and with respect to the cross-claim of the Mamdani Defendants, the CGK Defendants previously have sought this relief from

MROSEN\135267.1 - 7/21/08

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

Hon. Victor Marrero
July 21, 2008
Page 2

the Court on three occasions. The granting of the requested extensions will not affect any other scheduled dates in this litigation.

In addition, counsel for Ms. Rostropovich has requested that their time to respond to the cross-claim by the Mamdani Defendants be extended through August 29, 2008 as well. Counsel for Ms. Rostropovich previously has sought this relief from the Court on two occasions.

Counsel for Ms. Rostropovich and the Mamdani Defendants each have consented to the requested extensions.

Accordingly, the CGK Defendants respectfully request that their time to reply to the cross-claims of Ms. Rostropovich and the Mamdani Defendants be extended through August 29, 2008, and Ms. Rostropovich requests that her time to reply to the cross-claim of the Mamdani Defendants be extended through August 29, 2008.

Yours respectfully,

Marc Rosen

Marc R. Rosen

Encl.

cc: Avery Mehlman (via facsimile)
    Leo Kayser (via facsimile)
    Declan Redfern (via facsimile)
    Edward Rubin (via facsimile)

---

Request GRANTED. The time for defendants Cooley Godward Kronish and Renee Schwartz to reply to the cross-claims of defendants Olga Rostropovich and Atossa and Mahmoud Mamdani is extended to 8-29-08, and the time for defendant Rostropovich to reply to the cross-claim of the Mamdani defendants is similarly extended.

SO ORDERED:

7-21-08
DATE          VICTOR MARRERO, U.S.D.J.